## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**MARK NOBLE PUGH, JR.**                                      **PLAINTIFF**

**V.**                                                                 **NO: 3:21CV19-M-P**

**EQUIFAX INFORMATION SERVICES, LLC, et** *al.*                        **DEFENDANTS**

### ORDER OF DISMISSAL

Pursuant to a [27] Notice of Settlement filed by the plaintiff in this case, it is hereby

**ORDERED** that Discover Financial Service, LLC be **DISMISSED WITHOUT PREJUDICE**.

Any and all claims pending against the other defendants shall remain on the Court's docket**.**

This the 8th day of March, 2021.

                                                      **/s/ Michael P. Mills**
                                                      **UNITED STATES DISTRICT JUDGE**
                                                      **NORTHERN DISTRICT OF MISSISSIPPI**