IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARK NOBLE PUGH, JR.**                                                  **PLAINTIFF**

v.                                              No. 3:21-CV-00019-MPM-RP

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.**            **DEFENDANTS**

## JUDGMENT OF DISMISSAL

In light of the stipulation of dismissal filed in this case, the claims against Trans Union LLC are hereby dismissed with prejudice, and this case is dismissed and closed.

This, the 13th day of April, 2022.

                                                 /s/ Michael P. Mills
                                                 UNITED STATES DISTRICT JUDGE
                                                 NORTHERN DISTRICT OF MISSISSIPPI